14-02-815-CR
DATE 4-6-2015

Dear Christopher Prine - Clerk;

"Thank you so much for all your help!!

I want to order : VOLUME 1, 2, 3, + 4
of " TRIAL CASE No. 906,051
    KEEPER RAY HUDSON V. THE STATE OF TEXAS

I can not understand the DOCKET SHEET you SENT ME!"
my court of Appeals NO. 14-02-00815-CR

I'm asking for my :

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

APR 13 2015

CHRISTOPHER A. PRINE
CLERK

1. COURT RECORD'S
2. PRE-TRIAL MOTION
3. TRIAL TRANSCRIPTS
4. TRIAL TRANSCRIPTS

4/8/15

KEEPER R. HUDSON #1126301
MICHAEL UNIT
2664 FM 2054
TENNESSEE, COLONY TX 75886